RECEIVED
IN ALEXANDRIA, LA.
OCT 07 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RICHARD FLUKER, JR.** | **DOCKET NO. 10-CV-590; SEC. P** |
| **VERSUS** | **JUDGE DRELL** |
| **CORRECTIONS CORPORATION OF AMERICA, ET AL.** | **MAGISTRATE JUDGE KIRK** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiffs Civil Rights Complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7th day of October, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE